**Lisette BALINT, Plaintiff–Appellant,**

v.

**CARSON CITY, NEVADA, a consolidated municipality; Rod Banister, in his official capacity only as Carson City Sheriff; Kay Bennett, Tom Tatro, Janice**

on the date of this order.

Ayres, Greg Smith, in their official capacities only as Board of Supervisors, Carson City, Nevada, Defendants–Appellees.

No. 96–17342.

United States Court of Appeals, Ninth Circuit.

Sept. 8, 1998.

Before: HUG, Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three–judge panel opinion, *Balint v. Carson City*, 144 F.3d 1225, 1226 (9th Cir. 1998), is withdrawn.